# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2876
_____

Alexander J.C. Mansfield

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 12, 2014
Filed: January 30, 2015
[Unpublished]

_____

Before BYE, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Alexander J.C. Mansfield petitions for review of an order entered by the Board of Immigration Appeals (BIA) affirming an immigration judge's determination that Mansfield was ineligible for waiver of inadmissibility under 8 U.S.C. § 1182(h) because he committed an aggravated felony. Mansfield initially entered the United States on a non-immigrant visa. He later adjusted his status to lawful permanent

resident (LPR). Mansfield argues the aggravated felony bar to waiver of inadmissibility under § 1182(h) only applies to aliens who initially enter the United States as LPRs.

Mansfield's argument is foreclosed by circuit precedent. See Roberts v. Holder, 745 F.3d 928, 932-33 (8th Cir. 2014) (concluding § 1182(h) is ambiguous with respect to whether it applies to aliens who only obtain LPR status after their initial entry into the United States, and deferring to the BIA's determination that the statute applies to persons such as Mansfield). "One panel may not overrule another." United States v. Reynolds, 116 F.3d 328, 329 (8th Cir. 1997).

We therefore deny the petition for review.

_____